LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant Madeira Canyon Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE BCAP LLC TRUST 2007-AA1,<br><br>Plaintiff,<br><br>vs.<br><br>MADEIRA CANYON HOMEOWNERS ASSOCIATION; NEVADA ASSOCIAITON SERVICES, INC.; and VERN ELMER, an individual;<br><br>Defendants. | Case No.: 2:16-cv-02603-RFB-CWH<br><br>**DEFENDANT MADEIRA CANYON HOMEOWNERS ASSOCIATION'S MOTION TO REMOVE ATTORNEY DAVID A. MARKMAN, ESQ., FROM THE ELECTRONIC SERVICE LIST** |

Defendant, MADEIRA CANYON HOMEOWNERS ASSOCIATION ("Madeira") by and through its counsel of record, LIPSON NEILSON, P.C., hereby provides notice that attorney David A. Markman, Esq., is no longer an associate with the law firm of Lipson Neilson, P.C.

LIPSON NEILSON, P.C., continues to serve as counsel for Madeira in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court remove David A. Markman, Esq., from the electronic service list in this

\ \ \

\ \ \

action. All future correspondence, papers, and future notices should continue to be directed to J. William Ebert, Esq., and Karen Kao, Esq.

DATED this 25th day of July, 2018.

LIPSON NEILSON P.C.

By: */s/ Karen Kao*
_____
J. William Ebert, Esq. (Bar No. 2697)
Karen Kao, Esq. (Bar No. 14386)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89148

*Attorneys for Defendant Madeira Canyon Homeowners Association*

## COURT APPROVAL

**IT IS SO ORDERED:**

**DATED:** July 26, 2018
_____

_____
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July 2018, service of the foregoing **DEFENDANT MADEIRA CANYON HOMEOWNERS ASSOCIATION'S MOTION TO REMOVE ATTORNEY DAVID A. MARKMAN, ESQ., FROM THE ELECTRONIC SERVICE LIST** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to the following parties:

Melanie Morgan
Brett Coombs
AKERMAN, LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
Melanie.morgan@akerman.com
Brett.coombs@akerman.com

*Attorneys for Deutsche Bank National Trust Company as Trustee for Holders Of the BCAP LLC Trust 2007-AA1*

/s/ Sydney Ochoa
_____
An employee of LIPSON NEILSON P.C.